# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| JAMES K. QUILLIAMS, | ) |  |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. CIV-10-481-M |
| STATE OF OKLAHOMA, et al., | ) | |
| Respondents. | ) | |

## ORDER

On May 28, 2010, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition be summarily dismissed due to petitioner's failure to comply with the screening requirement and untimeliness. Petitioner was advised of his right to object to the Report and Recommendation by May 28, 2010, and no objection was filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on May 28, 2010; and

(2) DISMISSES the petition for writ of habeas corpus without prejudice.

**IT IS SO ORDERED this 6th day of July, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE